UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEITH S. ELLIS,
    Plaintiff,

vs.                              Case No.:  3:20cv5723/MCR/EMT

MARK S. INCH, et al.,
    Defendants.
                        /

## **REPORT AND RECOMMENDATION**

       Plaintiff, an inmate of the Florida Department of Corrections proceeding pro se, commenced this case by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). Plaintiff subsequently filed a motion for leave to proceed in forma pauperis (IFP) (ECF No. 5). On September 11, 2020, the court granted Plaintiff's IFP motion and ordered him to pay an initial partial filing fee in the amount of $4.93 within thirty days (ECF No. 6). The court notified Plaintiff that his failure to comply with the court's order may result in a recommendation of dismissal of this case (*id.*).

       More than thirty days passed, and Plaintiff had not complied with the court's order. Therefore, on October 22, 2020, this court entered an order requiring Plaintiff to show cause why this case should not be dismissed for his failure to comply with a court order (ECF No. 7). The court set a thirty-day deadline for

Plaintiff to respond to the show cause order (*id.*). And the court notified Plaintiff that his failure to comply would result in a recommendation of dismissal of this case (*id.*).

More than thirty days have passed, and Plaintiff has not paid the initial partial filing fee or shown cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 4th day of December 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** See **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.: 3:20cv5723/MCR/EMT