# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEITH S. ELLIS,

    Plaintiff,

v.                                    CASE NO. 3:20cv5723/MCR/EMT

MARK S. INCH, et al.,

    Defendants.

_____/

# O R D E R

The chief magistrate judge issued a Report and Recommendation on December 4, 2020. ECF No. 10. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 19th day of January 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**